UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL RODRIGUEZ, on his own behalf
and all similarly situated individuals,

    Plaintiff,

v.                                                      CASE NO: 8:13-cv-2711-T-26AEP

HOME HEROES, LLC, and HAROLD J.
MEYERS,

    Defendants.
_____/

**O R D E R**

    **UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** as follows:

    1) The Plaintiff's Motion for Summary Judgment filed October 13, 2014 at docket 27, is denied as duplicative of the Motion for Summary Judgment filed October 14, 2014, at docket 28.

    2) The Plaintiff's Motion for Summary Judgment (Dkt. 28) is stricken *sua sponte* pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered January 9, 2014, at docket 14, for failure to comply with paragraph 6(b) of that order.

    **DONE AND ORDERED** at Tampa, Florida, on October 14, 2014.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record