# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DANIEL RODRIGUEZ, on his own behalf
and all similarly situated individuals,

    Plaintiff,

v.                                                            CASE NO: 8:13-cv-2711-T-26AEP

HOME HEROES, LLC, and
HAROLD J. MEYERS,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions, together with the procedural history of this case, which reflects that on October 17, 2014, the dispositive motion filing deadline was reset to November 21, 2014, and that the Defendant filed its motion for summary judgment on that date, it is ordered and adjudged that the Plaintiff's Motion to Strike (Dkt. 42) is denied.

**DONE AND ORDERED** at Tampa, Florida, on December 5, 2014.

                                             s/*Richard A. Lazzara*
                                             **RICHARD A. LAZZARA**
                                             **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record